IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. BAKER, | : |
| Plaintiff, | : |
| v. | : Civ. No. 05-719-LPS |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | : |
| Defendant. | : |

ORDER

At Wilmington this 10th day of January, 2008, consistent with the Memorandum Opinion issued this same date, IT IS HEREBY ORDERED that:

1. Defendant's cross-motion for summary judgment (D.I. 10) is GRANTED.

2. Plaintiff's motion for summary judgment (D.I. 9) is DENIED.

3. The Clerk of the Court is directed to enter judgment in favor of defendant and against plaintiff.

                                                                                                              Leonard P. Stark<br>
                                                                                                              United States Magistrate Judge